**Monday, June 9, 2025 at 3:33:58 PM Eastern Daylight Time**

---

**Subject:** Termination as of December 31 2024
**Date:** Tuesday, November 26, 2024 at 10:01:46 AM Eastern Standard Time
**From:** Sequitur Accounting LLC
**To:** David Bao
**CC:** Karen Kaminski
**Attachments:** image001.png

**Be Careful With This Message** Learn More
From (Sequitur Accounting LLC <chammie@sequituraccounting.com>)

**Potential Impersonation**
The sender's identity could not be verified and someone may be impersonating the sender. **Take caution when interacting with this message.**

Dear David Bao

I hope this message finds you well. I am writing to formally inform you that after careful consideration, Sequitur Accounting LLC will no longer be able to continue providing bookkeeping services for Allure Salon Group LLC as of December 31, 2024. This decision has not been made lightly, but I feel it is in the best interest of both parties given the circumstances.

Over the course of our working relationship, there have been several instances of scope creep, where the expectations have extended beyond the traditional scope of bookkeeping. I have consistently recommended that you seek specialized professional assistance for issues outside of my area of expertise. While I have always been committed to helping you manage your books effectively, it has become clear that the ongoing nature of these requests falls outside the scope of the services I can provide.

Additionally, I have serious concerns regarding the internal dynamics within your partnership. It is evident that there are misalignments between the partners. Unfortunately, I am uncomfortable continuing to support an environment where there is a potential for legal action against me or my business, especially in situations where I have acted with professionalism and integrity throughout our engagement.

While I have always acted in good faith and with the best interests of your business in mind, the current situation has created an atmosphere of distrust. For these reasons, I believe it is best to part ways and allow you to find another professional who can better serve your needs moving forward.

I would be happy to assist in transitioning your records to another bookkeeper or professional as needed, and I will ensure that any outstanding work as noted:

DEFENDANT'S EXHIBIT D

tabbies

- Bookkeeping for FY 2024
- 2024 Allure Salon Group Business Return
- Re-file of 2023 if needed

is completed before our services are fully terminated.
Please let me know how you would like to proceed with this transition.

I wish you and Allure Salon Group LLC the best of luck in the future, and I am grateful for the opportunity to have worked with you.

Sincerely,

**Cherise Hammie, CPA**
**Sequitur Accounting LLC, President & CEO**
512-551-9287
823 Congress Ave #150-142
Austin, Texas 78701
http://www.sequituraccounting.com
Book Appointment
Pay via Secure Payment Portal