ALLURE SALON GROUP, LLC

2302 Browning Close

Moosic, PA 18507

Re: INVESTMENT IN ALLURE SALON GROUP, LLC

Dear David Bao or Assignee

Over the last several months we discussed your possible investment in Allure Salon Group, LLC (the "**Company**"). We discussed the business model, current financials, projected financials, site identification, business plan, future projections, site opportunities and generally all facets of the Company ("**Due Diligence**"). As a result of the Due Diligence , you have decided to invest $350,000 in the Company for 66.66667membership units representing a 40% ownership stake in the Company on a fully-diluted basis (i.e. investor's ownership shall never go below 40%) . This Letter Agreement shall serve as the initial terms and conditions for your investment in the Company. This Letter Agreement is for discussion purposes only and is strictly non-binding. Consider:

1. **Allure Salon Group, LLC**. The Company filed its Certificate of Organization with the Commonwealth of Pennsylvania on December 12, 2016. The initial filing was for a single member LLC. Contemporaneously herewith, The Company will file Articles of Amendment transitioning the Company to a multi member LLC and authorizing the issuance of additional units. The current sole member owning all outstanding membership units is Karen Kaminski ("**Karen**"). Karen owns 100 membership units. The Company will be authorized to issue an additional number of units so that investor will own 40% of the outstanding membership units of the Company on a fully diluted basis.

2. **Investment in the Company.** _______________ ("__________") will acquire _________ membership units in the Company for $_________ on or before __________ (the "**Effective Date**"). On the Effective Date, ____________ will acquire _________ units and all of the Company's books and records will reflect the new ownership.

3. **Company Structure**. As of the Effective Date, David Bao (or assignee) will be a Member in the Company and will also become a member of the Company's management team along with Karen. Within 15 days from the date hereof, Company and its members shall adopt an Operating Agreement, which shall be binding and the definitive agreement between the parties, after which Bao will be required to contribute the $350,000. To the extent an Operating

tabbies DEFENDANT'S EXHIBIT E

Agreement is not adopted by unanimous consent of the Company's members, this transaction shall be null and void, without any further obligation to either party.

4. **Confidentiality**. The terms and conditions of the Agreement and information provided/supplied during your Due Diligence shall be and remain confidential. ___________ agrees not share, distribute or otherwise use any information received during Due Diligence other than for and on behalf of the Company.

5. **Other Investors**. As of the date hereof, Company has not nor will the Company enter into any other Letter Agreements or solicit other investors or equity partners without the consent of all members owning the Company's units.

6. **Operating Agreement**. This Letter Agreement shall be used as the baseline for creating a multi member Operating Agreement.

7. **Litigation.** As of the date hereof, The Company is not a party to any lawsuit, complaint, administrative proceeding etc. During ________ Due Diligence, The members discussed possible litigation against a contractor providing construction management services at 2 of the Company's locations. __________ was made aware of the facts and circumstances relating to any such proposed litigation and is proceeding forward with the investment.

8. **Due Diligence**. ________ is entering into this Letter Agreement and investing in the Company based on his own Due Diligence and inspection of the Company, as well as the information provided to him by the representations and warranties of Karen.

9. **Governing Law**. This Letter Agreement shall be construed in accordance with the laws of the Commonwealth of Pennsylvania.

Allure Salon Group, LLC looks forward to working with you and developing a mutually beneficial relationship.

ALLURE SALON GROUP, LLC

By: *Karen Kaminski*

Karen Kaminski

Terms herein acknowledged and agreed to

this 14 day of January, 2022

By: *DB*

# ALLURE SALON GROUP-1-14-2022

Final Audit Report 2022-01-14

| | |
|---|---|
| Created: | 2022-01-14 |
| By: | Karen Kaminski (karen@alluresalongroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADnN6uB89JFN9j4FkMZR2Ud__0uhRn8qh |

## "ALLURE SALON GROUP-1-14-2022" History

Document created by Karen Kaminski (karen@alluresalongroup.com)
2022-01-14 - 5:47:40 PM GMT- IP address: 174.54.128.205

Document emailed to David Bao (dbao@bountifulcap.com) for signature
2022-01-14 - 5:48:26 PM GMT

Email viewed by David Bao (dbao@bountifulcap.com)
2022-01-14 - 6:28:51 PM GMT- IP address: 172.226.6.59

Document e-signed by David Bao (dbao@bountifulcap.com)
Signature Date: 2022-01-14 - 7:02:37 PM GMT - Time Source: server- IP address: 191.101.132.204

Agreement completed.
2022-01-14 - 7:02:37 PM GMT