# ADDENDUM TO PROMISSORY NOTE

This Addendum to the Promissory Note (the "Addendum") between Allure Salon Group, LLC and Karen Kaminski (collectively, the "Borrower") and David Bao ("Holder") is entered into as of January 27, 2022 and the parties agree to the following:

**1.1** Holder has agreed to loan an additional $75,000 to Borrower, in addition to the $275,000 that has already been loaned pursuant to the Promissory Note. Borrower shall repay the additional $75,000 based on the same terms of repayment as outlined in the Promissory Note for the Total Amount.

**1.2** All other terms of the Promissory Note shall remain the same.

**BORROWER:**

______________________________
Karen Kaminski, individually

By:______________________________
Karen Kaminski, on behalf of Allure Salon Group, LLC

**HOLDER:**

______________________________
David Bao

DEFENDANT'S EXHIBIT
G
tabbies