**From:** David Bao <dbao@alluresalongroup.com>
**Date:** Thursday, October 12, 2023 at 4:41 AM
**To:** Karen Kaminski <karen@alluresalongroup.com>
**Subject:** Dbao Debt Conversion Options

Karen – I've thought long and hard about how to make some kind of reasonable outcome for you in both the short-term and long-term financially. Here are two options you can choose from.

Both allow you to retain a meaningful ownership % (so you're not left with only 20%), plus compensation from property management so you have living expenses without diverting most of your time into non-company related job activities. But regardless I do need to convert some of the debt which will lead me to have majority ownership and we'll have to change the operating agreement to reflect me becoming the primary decision maker.

Call me to discuss.

1. *These #s are based on today. So it does not include me probably having to put in some more money until we get the Moosic check, nor how the year end calculation of contribution/distributions will impact the #s, but overall it should still be directionally close.
2. Option 1
    1. I convert $300k of my debt for 65% total ownership / you're left with 35%
    2. $75k of the $102k TI check from Moosic is used to repay me / $27.6k of cash is left with the company
    3. After (a) and (b) above, I'm still owed $320k, and the company owes third-party lenders another $285k
    4. With only $27.6k cash left in the company:
        i. I will likely have to put money back into the company within a month or two unless either 1) EN sells and/or 2) we receive a lawsuit settlement, especially if we want to pay off some of the high interest debts which are really hurting us.
3. Option 2
    1. I convert $450k of my debt for 70% ownership / you're left with 30%
    2. $25k of the $102k TI check from Moosic is used to repay me / $77.6k of cash is left with the company
    3. After (a) and (b) above, I'm owed $220k, and the company owes third-party lenders another $285k
    4. With $77.6k left of cash in the company
        i. I shouldn't have to put any additional money into the company until the company is breakeven (even if we kept EN) and we can pay off most high interest debts

DEFENDANT'S EXHIBIT
H

ii. ~$50k of that $77.6k can be used to pay down OnDeck line of credit and other CCs right away. (We can draw on it again as needed)

4. In both options, I still don't believe that if we can fill EN, selling EN is the right move. But I'm willing to compromise on that. If we sell, we can leave enough to finish building out Lansdale, and any remaining is used to pay off the rest of my debts
    1. Assuming we can fill EN, selling it in the short-term might temporarily correct some things, but it's also putting us behind probably 1.5 - 2 years as far as trying to get to any kind of company sale
    2. If we fundamentally don't believe we can fill EN, then I'm 100% in agreement of getting rid of the location. But it has to be because we don't believe we can fill it, not because "it has bad karma"
5. If/when we get a settlement:
    1. If we didn't sell EN, we can leave enough to finish building out Lansdale before paying off any of my debts
    2. If we did sell EN, I'm repaid in full, and any remaining amount stays with the company for future buildouts/working capital (but see 4(a), selling EN isn't without any downsides)
6. In both scenario, I am willing to pay you something like ~$50k/base (or probably retainer with ASSC to minimize tax impact for you) plus some kind of commission to hopefully get you to at least ~$80-$100k/yr in the first year from property management. That way you can use that money towards living expenses, and save some money to either purchase ownership into the property management company and/or ASG (if ASG needs money in the future)
7. Overall:
    1. Option 2 gets us much closer to rightsizing the company's debt/equity discrepancies but you give up slightly more ownership for a better positioned company overall
    2. Option 1 is an okay step towards closing the gap and you keep a little more of the company, but the company will likely need more money again within a month or two with only $27.6k left in the company anyway unless EN and/or a settlement (and payment of settlement) happens in the next couple of months

| Dbao Debt Conversion Options | | |
|---|---|---|
| | **Option 1** | **Option 2** |
| Amount of Debt Converted | $300,000 | $450,000 |
| Additional % Ownership | 16.00% | 21.00% |
| **PF Dbao Ownership** | **65%** | **70%** |
| **PF KK Ownership** | **35%** | **30%** |
| | | |
| Moosic TI Check 12/5/2023 | $102,600 | $102,600 |
| | | |
| David Bao Debt Outstanding | $694,764 | $694,764 |
| Less: Amt Convert | ($300,000) | ($450,000) |
| Less: Repay from Moosic | ($75,000) | ($25,000) |
| **PF David Bao Debt Outstanding** | **$319,764** | **$219,764** |
| Thid Party Debt | $285,587 | $285,587 |
| **Total Company Debt** | **$605,351** | **$505,351** |
| | | |
| **Cash left for Company from Moosic** | **$27,600** | **$77,600** |

David Bao
Co-CEO
Allure Salon Group
M: +1 909 896 9254
dbao@alluresalongroup.com