**From:** David Bao <dbao@alluresalongroup.com>
**Date:** Tuesday, November 5, 2024 at 8:02 PM
**To:** Karen Kaminski <karen@alluresalongroup.com>
**Subject:** Loan Terms

Before I spend legal dollars drafting up the document, here's what I'm proposing for my loan (matches closely to Ron's loan terms)

- Date of agreement: 12/31/2023
  - This will need to be back dated to end of last year since the current agreement expired on 12/31/2023 and the company has technically been in default
- Loan balance (see excel attached)
  - As of 12/31/2023: $804,957.99
  - As of 11/5/2024: $904,957.99 (I've put in another $100,000 so far in 2024. Any money put in in 2024 would fall under the same loan agreement)
    - This does not include any accrued unpaid interest in 2024 since we haven't finalized taxes yet
  - Estimated balance as of 12/31/2024 including accrued interest: $1,031,794.54
    - I'll convert some portion of the loan to match your 2024 cash contributions, so the actual outstanding amount should be less once we finalize 2024 taxes
- Interest rate:
  - 15%, paid every 6 months (to match principal repayment schedule)
  - Interest in 2024 will just accrue to the 2024 year end loan balance
  - First cash interest payment on 6/30/2025; and every 6 months thereafter
    - This should give you time to get additional consulting clients before any cash payments are required
- Principal repayment terms:
  - Length of loan: 4 years
  - Mandatory cash repayment dates & amounts
    - 12/31/2024 – no mandatory repayment
    - 6/30/2025 - $150,000
    - 12/31/2025 - $150,000
    - 6/30/2026 - $150,000
    - 12/31/2026 - $150,000
    - 6/31/2027 - $150,000
    - 12/31/2027 – Remaining outstanding to be fully repaid if any
  - Excess cash repayment: any proceeds from lawsuit or deposition of assets (e.g., selling any facilities or the company) would be used towards paying off loan too
    - Company cannot open additional locations unless mandatory repayments for the respective year has been made (or Bountiful Cap approves otherwise)

DEFENDANT'S EXHIBIT
I
tabbies

- Debt conversions to match KK cash capital contributions: DB convert loan to match any cash contributions made by KK at the end of each calendar year, when taxes for the year is finalized (reducing the outstanding loan balance)
  - This includes any contributions KK made in 2024. Once we finalize 2024 taxes, whatever portion of my debt that matches your cash contributions will convert and reduce the outstanding loan balance
- Misc: While the loan is outstanding, I retain majority voting power, but you still retain 51% ownership of the company and the economics

Basically I won't put in any more money as debt or equity from now on.

Any money you put in will: (i) first, reduce the loan balance because I'll convert to match your contributions; and then (ii) second, if any of money you put in that is used to actually pay down the debt will also reduce the loan balance further. So for example, if you put in $300,000 in 2025 and the $300,000 is used pay down my loan. Then that would result in a total reduction of the loan balance of ~$600,000 (~$300k from the debt conversion to match your contribution; and $300k from the money actually be used to repay portions of the loan).

This should help bring down the loan balance faster than the actual cash repayment schedule (especially if we also get some proceeds from the lawsuit). Once the loan is paid off/converted, we can also talk about possibly just buying my ownership out so you can keep 100% of the company. This way I can focus on returning back to working in PE full time.

Let me know what you think.

David Bao
Allure Salon Group
M: +1 909 896 9254
dbao@alluresalongroup.com