**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOUNTIFUL CAPITAL, LLC,** | |
| *Plaintiff,* | **CIVIL ACTION** |
| v. | **Case No. 3:25-cv-00888-KM** |
| **KAREN KAMINSKI** | |
| *Defendant.* | |

# ORDER

**AND NOW**, this ___ day of _____________, 2025, Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Affirmative Defenses and Counterclaims is hereby **GRANTED**.

Plaintiff's response to Defendant's Affirmative Defenses and Counterclaims (ECF No. 51) may be timely filed on or before January 8, 2027.

**BY THE COURT:**

____________________________
Hon. Karoline Mehalchick,
U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOUNTIFUL CAPITAL, LLC,** *Plaintiff,* | **CIVIL ACTION** |
| v. | **Case No. 3:25-cv-00888-KM** |
| **KAREN KAMINSKI** *Defendant.* | |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Plaintiff, Bountiful Capital, LLC, by and through its undersigned counsel, hereby moves for an extension of time to respond to Defendant's Affirmative Defenses and Counterclaims and in support thereof states:

1. Plaintiff requests an extension of time to respond to Defendant's Affirmative Defenses and Counterclaims (ECF No. 51) from November 14, 2026 to January 8, 2027.

2. On October 23, 2026, Defendant filed an Amended Answer to the Second Amended Complaint with Affirmative Defenses and Counterclaims.

3. Specifically, Defendant asserted seventy-one Affirmative Defenses and filed a six-count counterclaim against Plaintiff and two newly added Third-Party Defendants.

4. Defendant added David Y. Bao as a Third-Party Defendant via Defendant's Counterclaims.

5. Undersigned counsel represents David Y. Bao and on November 9, 2026, signed a Waiver of Service on Mr. Bao's behalf.

6. As a result, Mr. Bao's response to Defendant's Counterclaims is due on January 8, 2027.

7. Plaintiff respectfully asks this Court to extend the deadline of Plaintiff's response to Defendant's Affirmative Defenses and Counterclaims from November 14, 2026 to January 8, 2027 so that the Plaintiff's response deadline aligns with Mr. Bao's response deadline.

8. The additional time and the unitary response date will allow for more efficient treatment of the counterclaims, which will streamline the proceedings and promote judicial economy.

9. Defendant does not oppose this request, and the parties agreed to an extension from November 14, 2026 to January 8, 2027.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant its motion.

Dated: November 10, 2026

**KLEINBARD LLC**

*/s/ Benjamin A. Garber*
Benjamin A. Garber (No. 306765)
Three Logan Square
1717 Arch Street, 5th Fl.
Philadelphia, PA 19103
bgarber@kleinbard.com
*Attorneys for Plaintiff*

## CERTIFICATE OF CONCURRENCE

I, Benjamin A. Garber, Esq., certify that counsel for Plaintiff sought concurrence from counsel for Defendant prior to filing this Motion. Defendant does not oppose this motion.

Dated: November 10, 2026

*/s/ Benjamin A. Garber*
Benjamin A. Garber, Esq.

## CERTIFICATE OF SERVICE

I, Benjamin A. Garber, Esq., certify that the foregoing document was electronically filed and served upon all counsel of record via the Court' CM/ECF system.

Dated: November 10, 2026

*/s/ Benjamin A. Garber*
Benjamin A. Garber, Esq.